

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00108-CV
_____


MICHAEL WEAKS AND/OR ALL OCCUPANTS, Appellant

V.

FIRST HORIZON HOME LOANS, A DIVISION OF
FIRST TENNESSEE BANK NATIONAL ASSOCIATION, Appellee


On Appeal from the County Court at Law No. 1
Hunt County, Texas
Trial Court No. CC1400136


Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Michael Weaks, the appellant, has filed a motion seeking to dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:     April 6, 2015
Date Decided:       April 7, 2015